UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22043-ALTMAN/Sanchez

**SASHA JOHNSON**, *individually, and on behalf of all others similarly situated*,

    *Plaintiff*,

v.

**WEBHELP AMERICAS, LLC**,

    *Defendant*.

_____/

**ORDER**

The parties have filed a Notice of Administrative Stay Pending Settlement Discussions [ECF No. 25], telling us that the parties are close to resolving their dispute. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case without prejudice to the parties to file a motion to approve an FLSA settlement by **October 6, 2024**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings—including the August 6, 2024, status conference—are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on August 6, 2024.

                                                                                                              **ROY K. ALTMAN**
                                                                                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record